UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-71-MOC

| | |
|---|---|
| PATRICK CECIL KELLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on a Motion for Leave to Appear Pro Hac Vice as to attorney Erik W. Berger. (Doc. No. 3). Having considered the matter, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to Appear Pro Hac Vic as to attorney Erik W. Berger, (Doc. No. 3), is **GRANTED**.

Signed: June 6, 2020

Max O. Cogburn Jr.
United States District Judge