UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:20-cv-00071-MOC-WCM

| | |
|---|---|
| **PATRICK KELLEY,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**ANDREW M. SAUL, Commissioner of Social Security,** )<br>)<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the court on the consent Motion for Entry of Judgment with Remand under Sentence Four. (#15). Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the consent Motion for Entry of Judgment with Remand under Sentence Four of 42 U.S.C. §405(g) (#15) is **GRANTED**, the final decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings, all pursuant to sentence four of Section 405(g) of the Social Security Act. See Melkonyan v. Sullivan, 501 U.S. 89 (1992); Shalala v. Schaefer, 509 U.S. 292 (1993). The plaintiff's Motion for Summary Judgment (#12) is **DENIED** without prejudice as **MOOT**.

Signed: April 7, 2021

Max O. Cogburn Jr
United States District Judge