# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Patrick Cecil Kelley, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00071-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2021 Order.

April 8, 2021

Frank G. Johns, Clerk
United States District Court