UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20-cv-71-MOC-WCM

| | |
|---|---|
| PATRICK KELLEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KILOLO KAJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act. (Doc. No. 19). The motion is **GRANTED** and, upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $6,100.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Osterhout Berger Disability Law, LLC, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

Signed: August 11, 2021

Max O. Cogburn Jr.
United States District Judge