# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:20-cv-71-MOC

| | | |
|---|---|---|
| **PATRICK CECIL KELLEY,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of** | ) | |
| **Social Security** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on counsel for Plaintiff's Motion for Attorney's

Fees under 42 U.S.C. § 406(b) in the amount of $23,744. (Doc No. 25). Defendant filed a

Response to the Motion, noting that under <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002), it is the

duty of the Court to determine a reasonable fee. (Doc No. 27). The Court finds that the requested

amount is reasonable. The Court therefore **GRANTS** the motion.

### ORDER

     **IT IS, THEREFORE, ORDERED** that Plaintiff's attorney Erik W. Berger is awarded an

attorney's fee in the amount of $23,744 pursuant to the Social Security Act, 42 U.S.C. § 406(b).

Plaintiff's counsel shall reimburse Plaintiff $6,100, representing the sum already paid to counsel

on Plaintiff's behalf under the Equal Access Justice Act, 28 U.S.C. § 2412.

Signed: March 27, 2023



Max O. Cogburn Jr.
United States District Judge

1